

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

DLI Assets, LLC, successor-in-interest
to MyBusinessLoan.com, LLC

**Civil Action No.** <u>17-cv-0984-L-AGS</u>

**Plaintiff,**

**V.**

Jaak Enterprises, Inc.; Jeffrey D.
Hudelson

## CLERK'S DEFAULT JUDGMENT
## IN A CIVIL CASE

**Defendant.**

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's motion. The Clerk of Court shall enter judgment in favor of Plaintiff, who shall recover against Jaak Enterprises, Inc. and Jeffrey Hudelson, jointly and severally, in the amount of $131,763.58.

**Date:** <u>3/6/18</u>

**CLERK OF COURT
JOHN MORRILL, Clerk of Court**

By: s/ <u>A. Hazard</u>

A. Hazard, Deputy