

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DLI Assets, LLC, successor-in-interest to MyBusinessLoan.com, LLC<br><br>Plaintiff,<br><br>V.<br><br>Jaak Enterprises, Inc.; Jeffrey D. Hudelson<br><br>Defendant. | Civil Action No. 17-cv-0984-L-AGS<br><br>**AMENDED CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's motion. Judgment is entered in favor of Plaintiff against Jaak Enterprises, Inc. and Jeffrey Hudelson, jointly and severally, in the amount of $131,763.58.

Date: 3/7/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ A. Hazard

A. Hazard, Deputy